WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)
Attorneys for Manufacturers & Traders
Trust Company, as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :
                                                   :    **Chapter 11**
                                                   :
**CALPINE CORPORATION, et al.,**                   :    **Case No. 05-60200(BRL)**
                                                   :
                                                   :    **(Jointly Administered)**
                                                   :
---------------------------------------------------------------x
**MANUFACTURERS & TRADERS**                        :
  **TRUST COMPANY, AS INDENTURE**                  :
  **TRUSTEE,**                                     :
                                                   :
           Appellant,                              :
                                                   :
        – against –                                :
                                                   :
**CALPINE CORPORATION, et al.,**                   :
                                                   :
           Appellees.                              :
---------------------------------------------------------------x

**NOTICE OF APPEAL OF AMENDED ORDER (I) GRANTING DEBTORS' LIMITED OBJECTION TO CLAIM NUMBERS 2664, 3275, 3393 THROUGH 3421 (INCLUSIVE), 3546 THROUGH 3554 (INCLUSIVE), 3586 THROUGH 3588 (INCLUSIVE), 3731, 4073, 5653 THROUGH 5730 (INCLUSIVE), 5791, AND 5792, (II) DETERMINING VALUE OF THE CALGEN SECURED DEBT PURSUANT TO RULE 3012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; AND (III) AUTHORIZING REPAYMENT OF CALGEN SECURED DEBT, DATED MARCH 12, 2007 [DOCKET NO. 4120]**

Manufacturers & Traders Trust Company, in its capacity as successor indenture trustee to Wilmington Trust FSB, under that certain Third Priority Indenture, dated March 23,

2004 (the "Third Priority Indenture"), among Calpine Generating Company, LLC, CalGen Finance Corp., each of the Guarantors named therein, and Wilmington Trust FSB as indenture trustee, hereby appeals to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, from the following Order entered by the United States Bankruptcy Court for the Southern District of New York (per the Honorable Burton R. Lifland):

- Amended Order (I) Granting Debtors Limited Objection to Claim Numbers 2664, 3275, 3393 Through 3421 (Inclusive), 3546 Through 3554 (Inclusive), 3586 Through 3588 (Inclusive), 3731, 4073, 5653 Through 5730 (Inclusive), 5791, and 5792; (II) Determining the Value of the CalGen Secured Debt Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and (III) Authorizing Repayment of CalGen Secured Debt, dated March 12, 2007 [Docket No. 4120].

The parties in interest to the rulings appealed from and the names and addresses of their respective attorneys, to the extent known, are as follows:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone:   (212) 310-8000
> Facsimile:   (212) 310-8007
> Martin J. Bienenstock, Esq.
> Penny P. Reid, Esq.
> *Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd St.
New York, New York 10022
Telephone:   (312) 861-3029
Facsimile:   (312) 861-2200
Richard M. Cieri, Esq.
Marc Kieselstein, Esq.
David R. Seligman, Esq.
Jeffrey S. Powell, Esq.
Edward Sassower, Esq.
*Attorneys for Calpine Corporation and Its Affiliated Debtors and Debtors-in-Possession*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Telephone:   (212) 596-9000
Facsimile:   (212) 596-9090
Mark I. Bane, Esq.
Mark R. Somerstein, Esq.
David S. Elkind, Esq.
*Attorneys for HSBC Bank U.S., National Association, as Indenture Trustee under the Second Priority Indenture and The Bank of New York, as Administrative Agent*

Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts  02110
Telephone:   (617) 345-1000
Facsimile:   (617) 345-1300
Richard C. Pedone, Esq.
Victor G. Millone, Esq.
Amanda D. Darwin, Esq.
*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture and Wilmington Trust Company, as Collateral Agent*

Jones Day
222 East 41st Street
New York, New York 10017-6702
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306
Jan Rue Wittstein, Esq.
*Attorneys for Bank of New York as Administrative*
*Agent for Calpine Second Lien Term Loans*

Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Fred S. Hodara, Esq.
Robert A. Johnson, Esq.
Michael S. Stamer, Esq.
Phillip C. Dublin, Esq.
*Attorneys for the Official*
*Committee of Unsecured Creditors*

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Telephone:   (212) 859-8000
Facsimile:   (212) 859-4000
Gary L. Kaplan, Esq.
*Attorneys for the Official*
*Committee of Equity Security Holders*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 373-3990
Philip G. Barber, Esq.
Andrew N. Rosenberg, Esq.
Elizabeth McColm, Esq.
*Attorneys for the Ad Hoc Committee*
*of Second Lien Debt Holders*

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone:     (212) 506-1700
Facsimile:      (212) 506-1800
Jeffrey R. Gleit, Esq.
*Attorneys for the Ad Hoc*
*Committee of ULC I Note Holders*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 715-9100
Facsimile:      (212) 715-8000
Kenneth H. Eckstein, Esq.
Joshua Brody, Esq.
*Attorneys for the Ad Hoc Committee of ULC*
*II Note Holders and CLP*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) (408) 5100
Facsimile:      (212) 541-5369
N. Theodore Zink, Jr. Esq.
Andrew Rosenblatt, Esq.
*Attorneys for Beal Bank*

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone:     (212) 455-2000
Facsimile:      (212) 455-2502
Peter V. Pantaleo, Esq.
*Attorneys for Credit Suisse*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone:   (212) 403-1000
Facsimile:   (212) 403-2000
Richard G. Mason, Esq.
Joshua A. Feltman, Esq.
Emil A. Kleinhaus, Esq.
*Attorneys for Bank of Nova Scotia*

Dated: March 27, 2007

By:   /s/ Judy G. Liu
    Martin J. Bienenstock, Esq. (MB 3001)
    Judy G.Z. Liu, Esq. (JL 6449)
    Penny P. Reid, Esq. (PR 5699)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007